No. 9333.

THE STATE EX REL. LEON GERSON VS. R. W. RICHARDSON, JUDGE
FIFTH DISTRICT COURT, PARISH OF OUACHITA.

When property attached has been sold *in limine* under C. P. 261, the proceeds take the place of the property and still continue to be "property attached," and subject to the right of the defendant to bond "in every stage of the suit," under C. P. 259.

APPLICATION for Mandamus.

Boatner & Boatner and *Farrar & Kruttschnidt* for the Relator.

Respondent in *propria persona* and by *Franklin Garrett* and *W. F. & D. C. Mellen.*

The opinion of the Court was deliverd by FENNER, J.

No. 9933.

THE STATE EX REL. LEON GERSON VS. R. W. RICHARDSON, JUDGE
FIFTH DISTRICT COURT, PARISH OF OUACHITA.

Judgments rendered by this Court on the merits of petitions for writs of *mandamus*, *pro hibition* and the like, are as much *final* judgments as any which it can render, and are, therefore, revisable on applications for a rehearing, seasonably and properly made.

No certified copy can issue, by the clerk, of final judgments which have not become executory. Such copies issue only after the lapse of six judicial days, in the absence of an application for a rehearing or after such has been refused. The contrary opinions in 18 Ann. 113. 21 Ann. 50, overruled.

 ON Rule on the Clerk of this Court for Copy of Judgment.

| 37 | 261 |
| 44 | 88 |
| 37 | 261 |
| 45 | 1325 |
| 37 | 261 |
| 48 | 705 |
| 37 | 261 |
| 109 | 464 |
| 37 | 261 |
| 117 | 645 |
| 37 | 261 |
| e122 | 91 |

Boatner & Boatner and *Farrar & Kruttschnidt* for Plaintiff on Rule.

The opinion of the Court was delivered by

BERMUDEZ, C. J.  This is a rule by relator on the clerk of this Court, to show cause, forthwith, why he should not deliver to him a certified copy of the judgment herein rendered, making peremptory the *mandamus* asked, although six judicial days have not elapsed since its rendition.

The ground upon which the mover rests his demand is, that the judgment became final and executory at the moment of its rendition. He relies on the rulings in 18 Ann. 113 and in 32 Ann 1263.